UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

William Riley

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MJ -CR-   ( ) ( )

Defendant __William Riley_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

__X__ Conference Before a Judicial Officer

/s/ William Riley
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**William Riley**
_____
Print Defendant's Name

/s/ David S. Greenfield
_____
Defendant's Counsel's Signature

**David S. Greenfield**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/22/2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge